Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V.

Crim. No. 3:98CR00116-001/RV
Crim. No. 3:05CR66-001/RV

FLOYD SCOTT MOONEY

On March 3, 1999, and December 10, 1999, the above named was sentenced to periods of three (3) and five (5) years supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Floyd Scott Mooney be discharged from supervised release.

Respectfully submitted,

Russell A. Szafran
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this _29_ day of _November_, 2006.

Roger Vinson
Senior U.S. District Judge

06 NOV 29  PM 2 16

FILED